IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03074-DDD-CYC

STRAVA, INC.,

    Plaintiff,

v.

GARMIN LTD., and GARMIN INTERNATIONAL, INC.,

    Defendants.

## ENTRY OF APPEARANCE OF JARED B. BRIANT

To:    The Clerk of the Court and all parties of record

I hereby certify that I am a member in good standing of the bar in this Court, and I appear in this case as counsel for Plaintiff Strava, Inc.

Dated: October 6, 2025

Respectfully submitted,

*/s/ Jared B. Briant*
Jared B. Briant (#35773)
Faegre Drinker Biddle & Reath LLP
1144 15th Street, Suite 3400
Denver. CO 80202
Tel.: (303) 607-3500
Fax: (303) 607-3600
jared.briant@faegredrinker.com

*Attorneys for Plaintiff Strava, Inc.*