IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03074-DDD-CYC

STRAVA, INC.,

    Plaintiff,

v.

GARMIN LTD., and GARMIN INTERNATIONAL, INC.,

    Defendants.

---

**GARMIN LTD. AND GARMIN INTERNATIONAL, INC.'S CORPORATE
DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

---

Garmin Ltd. and Garmin International, Inc. ("Defendants") file this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. Defendants make the following disclosure:

1. Garmin International, Inc. is a wholly owned subsidiary of the publicly held Garmin Ltd., which is a Swiss Corporation.

2. Garmin Ltd. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

1

| | |
|---|---|
| Dated: October 21, 2025 | */s/ Samuel Korte* <br> Samuel Korte <br> Garmin International, Inc. <br> 1200 East 151st Street <br> Olathe, KS 66062 <br> Tel: (913) 440-2724 <br> sam.korte@garmin.com <br><br> *Attorney for Defendants Garmin Ltd. and Garmin International, Inc.* |

2