## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03074-DDD-CYC

STRAVA, INC.,

    Plaintiff,

  v.

GARMIN LTD., and GARMIN INTERNATIONAL, INC.,

    Defendants.

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Strava, Inc., by and through its undersigned counsel, voluntarily dismisses the above-captioned action, without prejudice.

Dated: October 21, 2025          Respectfully submitted,

                                               */s/ Jared B. Briant*
                                               Jared B. Briant
                                               Joel S. Sayres
                                               Faegre Drinker Biddle & Reath LLP
                                               1144 15th Street, Suite 3400
                                               Denver, CO 80202
                                               Tel.: (303) 607-3500
                                               Fax: (303) 607-3600
                                               jared.briant@faegredrinker.com
                                               joel.sayres@faegredrinker.com

                                               Andrew S. Bruns
                                               Ryan Wong
                                               J.D. Schneider
                                               Keker, Van Nest and Peters LLP
                                               633 Battery Street
                                               San Francisco, CA 94111
                                               Tel.: (415) 391-5400

Fax: (415) 397-7188
abruns@keker.com
rwong@keker.com
jschneider@keker.com

*Attorneys for Plaintiff Strava, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Jared B. Briant
Jared B. Briant